IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                        CR. NO. S-08-0562 EJG

HECTOR OJEDA BARRAZA, et al.,
        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-08-0569 GEB

    v.

ROGELIO MACEDO,            <u>RELATED CASE ORDER</u>

        Defendant.
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123.  The actions arise out of the same law enforcement investigation and involve overlapping evidence.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is

1

effected.  Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action entitled Cr. No. S-08-0569 GEB is hereby reassigned to Judge Edward J. Garcia for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Cr. No. S-08-0569 EJG.

IT IS FURTHER ORDERED that the status conference presently set in <u>United States v. Macedo</u>, Cr. No. 08-0569 before the Honorable Garland E. Burrell, Jr. on Friday, February 20, 2009, at 9:00 a.m. is vacated and reset before Judge Garcia on Friday, February 20, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

January 8, 2009        <u>/s/ Edward J. Garcia</u>
                       EDWARD J. GARCIA, JUDGE
                       UNITED STATES DISTRICT COURT

2