PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OJEDA BARRAZA et al.,<br><br>Defendants. | CASE NO. 2:08-CR-00562-WBS<br><br>ORDER DISMISSING INDICTMENT<br><br>DATE:<br>TIME:<br>COURT: Hon. William B. Shubb |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed against defendants Manuel Barraza Barraza and Ismael Quintero Guzman.

Dated: February 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE